PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JAN 29 2021

ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

UNITED STATES OF AMERICA

v.

Marvin Louis McDonald

Crim. No.   2:06CR36KS-MTP-003

On _____08/16/2018_____ the above named was placed on probation/supervised release for a period of

__5__ years.  The probationer/supervised releasee has complied with the rules and regulations of probation/supervised

release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be

discharged from supervision.

Respectfully submitted,

*Amanda C. Pierce*

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated this ____28th____ day of ____January____, 2021.

*United States District Judge*